# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SONESTA INTERNATIONAL HOTELS CORPORATION, and<br>HPT IHG-2 PROPERTIES TRUST,<br><br>    Defendants. | **8:17CV281**<br><br>**ORDER** |

Upon notice of settlement given to the Court by counsel for the Defendants,

**IT IS ORDERED:**

1. On or before **March 26, 2018**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial deadlines set in this case, including the answer deadline.

Dated this 22nd day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge